UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENIE ANTHONY WEAVER, | ) |
| | ) Case Number: 3:14-cv-03654-LB |
| Plaintiff(s), | ) |
| vs. | ) ORDER REFERRING LITIGANT TO |
| | ) FEDERAL PRO BONO PROJECT |
| CITY AND COUNTY OF SAN FRANCISCO, | ) |
| Defendant(s). | ) |

Mr. Greenie A. Weaver having requested and being in need of counsel to assist him in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Mr. Weaver shall be referred to the Federal Pro Bono Project ("Project") in the manner set forth below:

1. The clerk shall forward the Referral Form to the appropriate Project office, San Francisco or San Jose, determined by whether the referring judge is located in the San Francisco/Oakland or San Jose division, a notice of referral of the case pursuant to the Guidelines of the Project for referral to a volunteer attorney. The scope of this referral shall be for:

    ☐ <u>all purposes</u> for the duration of the case

    ☐ the <u>limited purpose</u> of representing the litigant in the course of

        ☐ mediation

        ☐ early neutral evaluation

        X    settlement conference

2. Upon being notified by the Project that an attorney has been located to represent the plaintiff, that attorney shall be appointed as counsel for the settlement conference in this matter for the scope of representation described above. If the appointment of counsel is for limited purposes, the Court shall issue an order relieving the volunteer attorney from the limited representation of the litigant once those purposes have been fulfilled.

IT IS SO ORDERED.

Dated: May 19, 2015

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREENIE ANTHONY WEAVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-03654-LB<br><br><br>**CERTIFICATE OF SERVICE** |

　　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　　That on May 19, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Greenie Anthony Weaver
DSEC
511 Third Avenue
Seattle, WA 98104


Dated: May 19, 2015


　　　　　　　　　　　　　　　　　　　　Richard W. Wieking

　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court



　　　　　　　　　　　　　　　　　　　　By:_*R. Scott*_____

　　　　　　　　　　　　　　　　　　　　Lashanda Scott, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable LAUREL BEELER