United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

GREENIE A. WEAVER,

    Plaintiff,

    v.

CITY AND COUNTY OF SAN FRANCISCO, et al.,

    Defendants.

_____/

No. CV14-03654 LB

**AMENDED CASE MANAGEMENT AND PRETRIAL ORDER (JURY)**

    Following the Further Case Management Conference held on August 13, 2015, the Court **HEREBY ORDERS** the following:

**I.   CASE MANAGEMENT AND TRIAL DATES**

    All hearings will be held in Courtroom C, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California. The following are the disclosure, filing, and hearing dates for the case:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Updated Joint Case Management Conference Statement | 1/14/2016 |
| Further Case Management Conference | 1/21/2016 at 11:00 a.m. |
| ADR completion date | 10/26/2015 |
| Non-expert discovery completion date | 1/18/2016 |

AMENDED CASE MANAGEMENT AND PRETRIAL ORDER
CV14-03654 LB

| | |
|---|---|
| Expert disclosures required by Federal Rules of Civil Procedure | 4/11/2016 |
| Rebuttal expert disclosures | 4/18/2016 |
| Expert discovery completion date | 5/13/2016 |
| Last hearing date for dispositive motions and/or further case management conference | 3/10/2016, at 9:30 a.m. |
| Meet and confer re pretrial filings | 6/17/2016 |
| Pretrial filings due | 6/24/2016 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 7/1/2016 |
| Final Pretrial Conference | 7/7/2016, at 1:30 p.m. |
| Trial | 7/18/2016, at 8:30 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED**.

Dated: August 14, 2015

_____
LAUREL BEELER
United States Magistrate Judge

AMENDED CASE MANAGEMENT AND PRETRIAL ORDER
CV14-03654 LB